UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD ROOSEVELT WHITTINGTON,<br><br>                      Petitioner,<br><br>     v.<br><br>MARGARET GILBERT,<br><br>                      Respondent. | Case No. C16-1777-RAJ<br><br>ORDER TRANSFERRING CASE TO NINTH CIRCUIT |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, Chief United States Magistrate Judge, any objections thereto, and the remaining record, hereby ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Petitioner's federal habeas petition is TRANSFERRED to the Ninth Circuit Court of Appeals as a second or successive petition. Petitioner is advised that this transfer does not of itself constitute compliance with 28 U.S.C. § 2244(b)(3) and Ninth Circuit Rule 22-3. Petitioner must still file a motion for leave to proceed in the Court of Appeals and make the showing required by § 2244(b)(2).

ORDER TRANSFERRING CASE
TO NINTH CIRCUIT - 1

(3)     The Clerk is directed to administratively close this case and to transfer all original documents to the Ninth Circuit Court of Appeals. The Clerk shall, however, retain a copy of the petition and of this Order in the file. The Clerk is further directed to send a copy of this Order to petitioner and to the Honorable James P. Donohue.

DATED this 5th day of January, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TRANSFERRING CASE
TO NINTH CIRCUIT - 2